UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ERROL RAY LYNCH**  CIVIL ACTION

**VERSUS**  NO. 25-1842

**ORLEANS PARISH SHERIFF'S OFFICE MEDICAL DEPARTMENT, ET AL.**  SECTION "B"(5)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, and finding merit for this order, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, **IT IS ORDERED** that Errol Ray Lynch's Section 1983 claims against defendants are dismissed with prejudice as legally frivolous and for failing to state a claim on which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. His state law medical negligence claims are dismissed **WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 23rd day of October, 2025.

SENIOR UNITED STATES DISTRICT JUDGE